UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATHANIEL JAMES,

                Petitioner,

- against -

ROBERT ERCOLE, Superintendent,
Green Haven Correctional Facility.

                Respondent.
------------------------------------------------------------X

**JUDGMENT**
07-CV-2572 (RRM)

      A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed this day dismissing Petitioner's habeas corpus petition in its entirety; it is hereby

      ORDERED, ADJUDGED AND DECREED that Petitioner's habeas corpus petition is denied and dismissed in its entirety, and that petitioner take nothing from respondent. The Clerk of Court is respectfully directed to close this case.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       February 28, 2013

       ROSLYNN R. MAUSKOPF
       United States District Judge